IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| State Farm Fire and Casualty Company, an Illinois corporation, | ) ) ) ) | 1:07-CV-00176-HG-KSC |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| Metropolitan Management, a Hawaii corporation, | ) ) ) | |
| Defendant(s). | ) ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 1, 2007, and no objections having been filed by any party,

//

//

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, doc no. 11 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 21, 2007, Honolulu, Hawaii.



　　　　　　　　　　　　　　　　　　 /s/ Helen Gillmor

　　　　　　　　　　　　　　　　　Chief United States District Judge